UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL S. WIDUCK, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CARLOTZ, INC. et al.,<br><br>                              Defendants. | 21-CV-6191 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 31, 2021, this case was consolidated under the lead case 21cv5906. Dkt. 11. By July 12, 2024, the parties should submit a letter indicating whether this case can be closed. If no letter is received, the Court will close this case.

SO ORDERED.

Dated: July 11, 2024
       New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge